Advanced Neurodiagnostic Ctr
2905 Kingman Street
Metairie, LA 70006
(504)885-3737

| Statement Date |
|---|
| 2/2/2015 |

| Page |
|---|
| 1 |



Delwin McGee
108 Lincoln Street
McComb, MS 39648

| Chart Number |
|---|
| MAGDE001 |

| Date | Document | Description | Check | Amount |
|---|---|---|---|---|
| | | | Previous Balance: | 0.00 |

Patient: Delwin McGee     Chart #: MAGDE001
Case Description: Shamsnia/Pl/Dowdy

| Date | Document | Description | Check | Amount |
|---|---|---|---|---|
| 9/6/2014 | 1409100000 | New Pt / no referral | | 650.00 |
| 9/6/2014 | 1409100000 | Drug Screen | | 100.00 |
| 12/5/2014 | 1412050000 | ATTY PYMT/CHECK | 1996 | -300.00 |
| 1/17/2015 | 1502020000 | Needle EMG four extremities | | 854.00 |
| 1/17/2015 | 1502020000 | Motor Nerve Conduction Study | | 728.00 |
| 1/17/2015 | 1502020000 | Motor nerve conduction w/Fwave | | 1,360.00 |
| 1/17/2015 | 1502020000 | Sensory Nerve conduction | | 696.00 |
| 1/17/2015 | 1502020000 | H-Reflex study | | 348.00 |
| 1/17/2015 | 1502020000 | Sensory Nerve conduction | | 1,566.00 |
| 1/17/2015 | 1502020000 | SEP Upper Ext. | | 165.00 |
| 1/17/2015 | 1502020000 | SEP Lower Ext. | | 165.00 |
| 1/17/2015 | 1502020000 | VEP | | 450.00 |
| 12/5/2014 | 1502020000 | Follow Up Visit | | 180.00 |
| 12/5/2014 | 1502020000 | Drug Screen | | 100.00 |

| Past Due 30 Days | Past Due 60 Days | Past Due 90 Days | Balance Due |
|---|---|---|---|
| 280.00 | 0.00 | 450.00 | **7,062.00** |

